**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:23-CR-008-ART-BNW |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| LEONARDO RUIZ-GALLEGOS, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) based upon the plea of guilty by Leonardo Ruiz-Gallegos to the criminal offenses, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Information and shown by the United States to have the requisite nexus to the offenses to which Leonardo Ruiz-Gallegos pled guilty. Criminal Information, ECF No. 29; Plea Agreement, ECF No. 31; Arraignment & Plea, ECF No. 32; Preliminary Order of Forfeiture, ECF No. 34.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from March 19, 2023, through April 17, 2023, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication Exhibits, ECF No. 37-1, p. 5.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

1    This Court finds no petitions are pending regarding the property named herein and
2    the time has expired for presenting such petitions.
3        THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that
4    all possessory rights, ownership rights, and all rights, titles, and interests in the property
5    hereinafter described are condemned, forfeited, and vested in the United States under Fed.
6    R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 924(d)(1)
7    with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to
8    law:

9        1.  a S Taurus, model PT 1911, .45 caliber handgun, bearing serial number
10           NBU18658;
11       2.  a 9mm Luger caliber, Glock-type firearm manufactured by an unknown
12           person at an unknown location utilizing a Polymer80 brand PF940SC kit and
13           Glock-type firearm components;
14       3.  8 rounds .45 caliber ammunition;
15       4.  42 rounds 9mm caliber ammunition; and
16       5.  any and all compatible ammunition
17   (all of which constitutes property).
18       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the property
19   shall be disposed of according to law.
20       IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send
21   copies of this Order to all counsel of record.
22       DATED June 27, 2023.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2